| | | | |
|---|---|---|---|
| Ninety Gayle Avenue v. S–2 Properties | 1841 WDA 2014<br>Affirmed | 07/15/2016 | 2014–1625<br>(Washington) |
| Collier v. Balzer | 329 WDA 2015<br>Affirmed | 07/15/2016 | No. GD 14–011740<br>(Allegheny) |
| Collier v. Balzer | 330 WDA 2015<br>Affirmed | 07/15/2016 | GD 14–011740<br>(Allegheny) |
| H.T. v. K.T. | 554 WDA 2015<br>Affirmed | 07/15/2016 | No, 271 of 2009 D.R.<br>(Lawrence) |
| Elizabeth Milling Co. v. Andrews [24] | 599 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 07/15/2016 | GD–13–017997<br>(Allegheny) |
| H.T. v. K.T. | 615 WDA 2015<br>Affirmed | 07/15/2016 | 271 of 2009 D.R.<br>(Lawrence) |
| Elizabeth Milling Co. v. Andrews, R. [25] | 622 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 07/15/2016 | GD–13–017997<br>(Allegheny) |
| Elizabeth Milling Co. v. Andrews, R. [26] | 650 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 07/15/2016 | GD–13–017997<br>(Allegheny) |
| Elizabeth Milling Co. v. Andrews, R. [27] | 651 WDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 07/15/2016 | GD–13–017997<br>(Allegheny) |
| In re J.W.J.; Appeal of J.W.J. | 1780 WDA 2015<br>Affirmed | 07/15/2016 | CP–02–AP–0000054–<br>2015<br>CP–02–AP–0000055–<br>2015<br>(Allegheny) |
| In re T.W.B.; Appeal of J.B. | 1856 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/15/2016 | 18A–2015 O.C.<br>(Jefferson) |
| In re T.N.B.; Appeal of J.B. | 1857 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/15/2016 | No. 17A–2015 O.C.<br>(Jefferson) |
| Restorecore, Inc. v. WRD Holdings, LP. | 1554 EDA 2015<br>Quashed | 07/18/2016 | No. 2010–12595<br>(Montgomery) |
| Com. v. Hoban | 2288 EDA 2015<br>Affirmed | 07/18/2016 | CP–23–CR–0002389–<br>1998<br>(Delaware) |

24. Petition for reargument denied September 26, 2016.
25. Petition for reargument denied September 26, 2016.
26. Petition for reargument denied September 26, 2016.
27. Petition for reargument denied September 26, 2016.